UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Evelyn LaJeunesse
                            Plaintiff,

v.                                                   Case No.: 1:08–cv–04436
                                                        Honorable Ruben Castillo

Ford Motor Company, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable Ruben Castillo:After review of this recently removed state court complaint, said complaint is dismissed without prejudice to the filing of a timely motion to remand or the filing of any appropriate amended federal complaint. The parties are also requested to exhaust any settlement possibilities prior to filing any further pleadings. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.