# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:08-CV-04436 |

Evelyn LaJeunesse, Ind. and as Ind. Adm. of the Estate of
Henry LaJeunesse, Deceased,                     Plaintiffs,
v.
Ford Motor Company, a corporation,
                                         Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Evelyn LaJeunesse, Individually and as Independent Administrator of the Estate of Henry LaJeunesse, Deceased, Plaintiffs

| |
|---|
| NAME (Type or print)<br>Shawn S. Kasserman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Shawn S. Kasserman |
| FIRM<br>Corboy & Demetrio, P.C. |
| STREET ADDRESS<br>33 N. Dearborn St., Suite 2100 |
| CITY/STATE/ZIP<br>Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6204538 | TELEPHONE NUMBER<br>(312) 346-3191 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐